Dismissed and Opinion filed May 16, 2002









Dismissed and Opinion filed May 16, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00222-CR

____________

 

LESTER CHARLES JOSEPH, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 253rd District Court

Chambers
County, Texas

Trial
Court Cause No. 11416

 



 

M E M O R A N D U M  O P I N I O N

After a guilty plea, appellant was convicted of the offense
of possession with intent to deliver a controlled substance, namely cocaine,
and sentenced to fifteen years confinement in the Texas Department of Criminal
Justice--Institutional Division on January 29, 2002.  No motion for new trial was filed.  Appellant=s notice of appeal was not filed
until March 8, 2002.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of
appeal which complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  See
Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998).  If
an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
See id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed May 16, 2002.

Panel consists of Justices Hudson,
Fowler, and Edelman. 

Do Not Publish ‑ Tex. R. App. P. 47.3(b).